**Opinion issued February 11, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00980-CR

_____

**DAVID JAMES CHAPMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 183rd District Court**
**Harris County, Texas**
**Trial Court Case No. 1421328**

---

## MEMORANDUM OPINION

Appellant, David James Chapman, was charged with the offense of evading arrest. The clerk's record contains no judgment of conviction because the State moved to dismiss this cause and, on November 12, 2014, the trial court granted the

motion and dismissed this cause. Thus, there is no adverse ruling and no judgment of conviction from which Chapman may appeal.

Having found the record reveals that Williams received no adverse rulings and the charge was dismissed, we hold that we have no jurisdiction over this appeal. *See Valencia v. State*, No. 05–06–01727–CR, 2007 WL 196449, at * 1 (Tex. App.—Dallas Jan. 26, 2007, no pet.) (dismissing for lack of jurisdiction where record contained no judgment of conviction and thus, nothing was presented for review).

We dismiss the appeal. We deny all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Bland, Brown, and Lloyd.

Do not publish. TEX. R. APP. P. 47.2(b).